EDWARD S. JAFFRAY et al., Appellants, *v.* JOSEPHINE M. SAUSSMAN, Respondent.

(Argued November 25, 1889; decided December 10, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department made May 27, 1889, which affirmed an order of Special Term amending an execution.

*Isaac L. Miller* for appellants.

*Blumenstiel & Hirsch* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.